UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Petitioner

-v-

RUBEN SANTIAGO,

Respondent

08-MISC CV-56S

**O R D E R**

This matter having come on for hearing before this Court on the 17th day of November, 2008, upon an Order to Show Cause dated September 30, 2008, and the respondent, RUBEN SANTIAGO, having been duly served before October 24, 2008, with a copy of said Order to Show Cause, Petition to Enforce Internal Revenue Service Summons, with a copy of the declaration of David M. Sanderson, Revenue Officer, in support thereof, and with a copy of the administrative summons, which is the subject matter of this proceeding, all as more fully appears by the Affidavit of Service of certified private process server, Craig Postmantur, showing service on RUBEN SANTIAGO of such copies on October 20, 2008; and the United States Attorney having appeared in support of such application, and the respondent, RUBEN SANTIAGO, having also appeared and advised the Court that he had consulted with an accountant and was working on compliance with the above-noted summons, and the Court granting RUBEN SANTIAGO additional time to complete compliance with the summons, and the

Court scheduling an additional status conference for January 21, 2009, and good cause appearing therefore; it is

ORDERED that the respondent, RUBEN SANTIAGO, obey the mandate of the Internal Revenue Service summons served upon him on August 28, 2007, a true copy of which was annexed to the copy of the aforementioned Petition to Enforce Internal Revenue Service Summons which was heretofore served upon him, and specifically, that he produce for examination all documents and records in his possession or control which are necessary to enable a representative of the Internal Revenue Service to complete a Federal Income Tax Return for the calendar years ended December 31, 2002, through and including December 31, 2006, for said RUBEN SANTIAGO and that he produce the documents and records as described in the original Summons before said Revenue Officer David M. Sanderson, 130 S. Elmwood Avenue, Buffalo, New York 14202 no later than **3:00 p.m.** on **MARCH 23, 2009**, and in default thereof, proceedings may be commenced against said RUBEN SANTIAGO for contempt of Court, and it is

ORDERED that RUBEN SANTIAGO and the United States Attorney are directed to appear in Court at **9:00 a.m. on MARCH 30, 2009,** and advise the Court of the status of the taxpayer's compliance, and it is further

ORDERED that a copy of this Order be served, by regular mail upon said RUBEN SANTIAGO addressed to 188 N. Union Street, Olean, New York 14760.

DATED: January 21, 2009
Buffalo, New York

/s/William M. Skretny
WILLIAM M. SKRETNY
United States District Judge